IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANNY W. ARP,

    Plaintiff,

v.                                      Case No. 3:05cv16/MCR/MD

ELSA D. SPIERS, CARLOS GOMEZ
and NATIONWIDE MUTUAL INSURANCE
COMPANY d/b/a NATIONWIDE,

    Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the parties' Joint Stipulation for Dismissal. (Docs. 32, 34).  Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice.  The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 19th day of December, 2005.

                                              s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **United States District Judge**